UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        08-cr-482 (PKC)
                                                                       16-cv-4689 (PKC)

      -against-

                                                                        ORDER

SEFERINO MENDOZA,

                           Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Whereas defendant has filed a successive petition under section 2255 and the Second Circuit has denied defendant's request for leave to file a successive petition for the reasons stated in its order of July 7, 2020, defendant's section 2255 motion is denied. (Doc. 63). The Clerk is directed to close this case and the related civil case. In light of defendant's letter of June 30, 2020, (Doc. 77), the Clerk is also directed to mail a copy of the docket sheet to defendant.

        SO ORDERED.

                                                                        P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
           July 23, 2020