

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Seferino Mendoza*, 08 Cr. 482 (PKC)

Dear Judge Castel:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

6-7-23