UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                     08-cr-482 (PKC)

            -against-                                                    <u>ORDER</u>

SEFERINO MENDOZA,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond within 30 days to defendant's motion brought pursuant to 18 U.S.C. § 3582(c)(1)(A).

        SO ORDERED.

                                                              P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
          July 19, 2023